IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICK DENNING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 10-C-7890 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| WELLS FARGO & COMPANY, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

### WELLS FARGO'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Wells Fargo Bank, N.A ("Wells Fargo"), wrongly sued as "Wells Fargo & Company," filed its Motion to Dismiss the Complaint of Plaintiff, Nick Denning ("Plaintiff"), on February 9, 2011. As set forth in that Motion, the Complaint should be dismissed for failure to comply with the basic requirements of Rule 8(a)(2), Fed. R. Civ. P. Specifically, the Complaint fails to provide Wells Fargo with fair notice of the claims Plaintiff seeks to assert and the facts upon which those claims are premised. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

On February 16, 2011, the Court entered an Order providing that Plaintiff was to respond to Wells Fargo's Motion on or before March 18, 2011. Plaintiff, however, has failed to respond. Accordingly, for each of the reasons set forth in Wells Fargo's Motion to Dismiss, Plaintiff's Complaint should be dismissed.

### CONCLUSION

For each of the reasons set forth above, Wells Fargo Bank, N.A., wrongly sued as "Wells Fargo & Company," respectfully requests this Court enter an Order dismissing Plaintiff Nick

Denning's Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., and grant it such other and further relief as the Court deems reasonable and proper under the circumstances.

                        Respectfully submitted,

                        WELLS FARGO BANK, N.A.

                        By:   /s/ Robert J. Emanuel
                                One of its attorneys

Robert J. Emanuel (ARDC No. 6229212)
Matthew M. Kovalcik (ARDC No. 6300249)
Much Shelist Denenberg
   Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
T: (312) 521-2000
F: (312) 521-2100